# EXHIBIT A

NEW CARS    VIDEO    TECH    SHOP    MORE

search...

# FDNY EMT Tragically Killed When Ambulance was Stolen

EMT Yadira Arroyo, mother of five, was run over as she tried to regain control of her ambulance.

BY MAX GOLDBERG    MARCH 17, 2017

EMERGENCY!    EMERGENCY SERVICES    EMT    FDNY    FDNY EMS    FIRST RESPONDERS    LODD



SHARE

**MAX GOLDBERG** View Max Goldberg's Articles
instagram.com/maxems

Working in the emergency services is an inherently dangerous line of work. Regardless of how long you've been on the job, you will always find yourself facing an unexpected situation. Unfortunately, those can be tragedies, like the one in New York last night, at 7:10pm, on White Plains Road in the Bronx.

Flagged down for reports of someone riding on the rear bumper of the ambulance, FDNY EMT Yadira Arroyo and her partner exited their ambulance. Shortly afterward, 25-year-old Jose Gonzalez jumped into the driver's seat of the FDNY ambulance and attempted to flee. The suspect placed the truck in reverse, running over Arroyo as she attempted to regain control of the ambulance. The suspect then put the truck in drive, running over EMT Arroyo again as he turned onto Watson Avenue. During this terrible ordeal, EMT Arroyo's partner was also run over by the suspect.



NEW CARS    VIDEO    TECH    SHOP    MORE



**FDNY**
@FDNY

Follow

#FDNY mourns the loss of FDNY EMT Yadira Arroyo, Station 26, who was killed in the line of duty tonight while serving our city.
12:02 AM - Mar 17, 2017

368    3,865    5,573

An MTA Police Officer was driving by as the incident unfolded and quickly apprehended the suspect with the help of bystanders. Both EMS personnel were transported to Jacobi Medical Center in The Bronx. Arroyo succumbed to her injuries; her partner remains in critical condition.

Arroyo was 44 years old and a 14-year veteran of FDNY EMS. She was also a mother of five kids, ages 7 to 23. She and her partner were based out of station 26 in The Bronx. The suspect, Jose Gonzalez, is being charged with murder, grand larceny and operating a motor vehicle while impaired by drugs.

Funeral arrangements have yet to be made, but this is the 8th line of duty death (LODD) for FDNY EMS, and 1,146th for the FDNY in total.

There is video of the horrific incident but out of respect for the fallen, *The Drive* will not be posting it.



Follow

NEW CARS · VIDEO · TECH · SHOP · MORE

carjacke, run over w/ own ambulance. Conditions unknown.
Suspect in custody #abc7ny

8:30 PM - Mar 16, 2017 · Bronx, NY

5   47   17

MORE TO READ

**RELATED**
FDNY Deploys Drone to Battle 4-Alarm Blaze in The Bronx
The tethered drone allows Incident Command to get an otherwise unobtainable view of roof operations.

READ NOW

**RELATED**
Ford's Power Pack for the Mustang GT and a New App for First Responders: The Evening Rush
Plus, light rope that actually works and 20lb medicine balls from Rogue Fitness.

**RELATED**
Sweden's Ambulances Can Block Your Radio Signal
Pull to the right or lose your Taylor Swift privileges.

**RELATED**
The Kickass Machines of the NYPD
The country's largest police department has 9,000 vehicles—including some really awesome toys.

**SPONSORED CONTENT**
Upgrade Your Vehicle With These DIY Videos...
by eBay Motors
Want to add some flair to your four-wheeled baby?...

Hey guest, welcome to **The Drive!** Sign up and become a member.

Facebook   Google   Twitter   Email

**Popular In the Community**

| GENESIS G70 OFFICIALLY REVEALED AS A... | NO. THAT YF 23 LIKE RENDERING OF THE... | AUDI SQ8 WILL FEATURE HYBRID TECH. 470 HP... | WATCH THIS RUSSIAN KA-52 ATTACK CHOPPER... | RELEASE THE BEAST: TRUMP'S CADILLAC CT6... | OVER 100 A-10S FACE GROUNDINGS WHILE... | DUBAI NOW HAS A FLEET OF TESLA MODEL S AND... | YEARS IN THE MAKING, SITE B83 EXPANDS ON... | P U |
|---|---|---|---|---|---|---|---|---|
| MarVegas 6d | OliveCoathanger 2d | OliveBullhorn 44m | toecutter 2d | GoldSword 9h | AerialImaging 1d | GoldCocktail 2h | stanleywinthrop 2d | |

