# EXHIBIT B

Home   Mail   Flickr   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Groups   More

Try Yahoo News on Firefox

Search   Search   Sign in

News Home   US   World   Politics   Tech   Science   Now I Get It   ABC News   Yahoo Originals   Katie Couric   Matt Bai   Follow Us

# FDNY EMT Tragically Killed When Ambulance was Stolen

**Max Goldberg**
The Drive  March 17, 2017



EMT Yadira Arroyo, mother of five, was run over as she tried to regain control of her ambulance.

Working in the emergency services is an inherently dangerous line of work. Regardless of how long you've been on the job, you will always find yourself facing an unexpected situation. Unfortunately, those can be tragedies, like the one in New York last night, at 7:10pm, on White Plains Road in the Bronx.

Flagged down for reports of someone riding on the rear bumper of the ambulance, FDNY EMT Yadira Arroyo and her partner exited their ambulance. Shortly afterward, 25-year-old Jose Gonzalez jumped into the driver's seat of the FDNY ambulance and attempted to flee. The suspect placed the truck in reverse, running over Arroyo as she attempted to regain control of the ambulance. The suspect then put the truck in drive, running over EMT Arroyo again as he turned onto Watson Avenue. During this terrible ordeal, EMT Arroyo's partner was also run over by the suspect.



FDNY
@FDNY

Follow

Popular in the Community

Mexico shocked by news: Girl trapped in rubble didn't exist
379 reactions    3%   66%   31%

The Most Expensive Transformations In Hollywood
Hooch  Sponsored

New images of rescued survivors of the earthquake in Mexico City

Kim Jong Un: 'Deranged' Trump will 'pay dearly' for threat
4,974 reactions   5%   64%   31%

Iraqi Kurds to vote on independence
25 reactions    11%   73%   16%

12:02 AM - Mar 17, 2017

368    3,865    5,573

An MTA Police Officer was driving by as the incident unfolded and quickly apprehended the suspect with the help of bystanders. Both EMS personnel were transported to Jacobi Medical Center in The Bronx. Arroyo succumbed to her injuries; her partner remains in critical condition.

Arroyo was 44 years old and a 14-year veteran of FDNY EMS. She was also a mother of five kids, ages 7 to 23. She and her partner were based out of station 26 in The Bronx. The suspect, Jose Gonzalez, is being charged with murder, grand larceny and operating a motor vehicle while impaired by drugs.

Funeral arrangements have yet to be made, but this is the 8th line of duty death (LODD) for FDNY EMS, and 1,146th for the FDNY in total.

There is video of the horrific incident but out of respect for the fallen, *The Drive* will not be posting it.



**Josh Einiger**
@JoshEiniger7

Follow

#BREAKING: on scene where cops say 2 @FDNY EMTs were carjacke, run over w/ own ambulance. Conditions unknown. Suspect in custody #abc7ny

8:30 PM - Mar 16, 2017 · Bronx, NY

5    47    17

This article was originally published on TheDrive.com

**Joanna Confirms The Rumors**
Elevatedhype.com  Sponsored

**Thousands of people in Puerto Rico face an uncertain future**
1 reactions          100%    0%    0%

**Arkansas Teacher Allegedly Had Sex with 4 Students and Told Teen 'How Good He Looked in Class'**
3,084 reactions        5%    76%    19%

**North Korea's Kim Jong Un Ripped Teen Sex Slaves From Schools and Forced Citizens to Watch Executions, Defector Says**
3,066 reactions        4%    61%    35%

---

View Reactions (3)

Sign in to post a message.



HuffPost                                          196
**Trump Uses RNC Funds To Pay For His Russia Defense -- Thanks To Hillary…**
WASHINGTON — President Donald Trump, a billionaire, is reportedly using money raised by the Republican Nation…



Sponsored  Prevention Pulse
**Do These 15 Things A Week To Prevent Alzheimer's**
Did you know about these natural remedies that prevent Alzheimer's Disease? Number 13 may surprise you, Click…



Yahoo News                                        506
**Will Barcelona secede from Spain? Catalan independence is up for a vot…**
Here in Spain's second-largest city, long a magnet for American tourists, life on the surface appears as festive a…

HuffPost                                          847
**Black Cornell Student Allegedly 'Bloodied Up' In Racially Charged…**

**Liliane Bettencourt, L'Oréal heiress and world's richest woman, dies at 94**
587 reactions         5%    76%    19%

**McKayla Maroney Is Completely Unrecognizable Today**
Sports Retriever  Sponsored

Less than two weeks after someone chanted "build a wall,"

AOL.com
**Tiffany Trump faces her father's political adversaries, Sally Yates and…**
In Tiffany Trump's first few weeks at George Law, she's shared the campus with some of the president's most…
162

Rescue workers race to find survivors at collapsed Mexico City school
92 reactions   9%   74%   17%

Sponsored · Ultrasonic Pest Reject
**Say Good-Bye To Spiders In Your House**
There is a brand new eco-friendly home device that repels spiders, mosquitoes, insects and rodents out of your…



BOOK YOUR TRAVEL WITH RATES STARTING at $105*
BOOK NOW
Hampton by HILTON
*Subject to availability

HuffPost
**Man Shot Dead By Oklahoma City Cop Was Deaf (UPDATED)**
An Oklahoma City police officer shot and killed a deaf man who was holding a metal pipe on Tuesday night, authoriti…
1,170

HuffPost
**George W. Bush's Ethics Chief: This 'May Be What Puts An End To This…**
If it turns out it was to block the Russia investigation, that would be obstruction, Painter said on MSNBC on…
3,400

Reuters
**Trudeau confronts Canada's failure of indigenous people in U.N. speech**
Prime Minister Justin Trudeau on Thursday admitted Canada had failed its indigenous people and told the…
26

Thousands rally in Philippines, warn of Duterte 'dictatorship'
15 reactions   0%   71%   29%

Sponsored · loanpride.com
**Miley's yacht makes the Titanic look like a raft**
Seasick? Not on these hotels on water Click to find out which celeb is vacationing on the coolest floating…

HuffPost
**Navy Hospital Staffers Removed After Sharing Disturbing Photos Of…**
"It's outrageous, unacceptable, incredibly unprofessional, and cannot be tolerated," the hospital said, without…
1,201

That Aaron Hernandez had CTE is devastating news for the NFL
2,776 reactions   4%   61%   35%

AOL.com
**Cassini captured mysterious 'glitch' on Saturn's rings before death dive**
Peggy lives along the edge of Saturn and is an anomaly from which researchers have been unable to unearth the…
45

Doll Girl Takes Off Her Makeup, Drs Are Speechless
Kiwi Report  Sponsored

HuffPost
**Obama: It's 'Frustrating' To Have To Convince Lawmakers Not To Inflict…**
Former President Barack Obama said it's "frustrating to have to mobilize" so often to keep lawmakers from…
2,019

Sponsored · Simple Blood Sugar Fix
**How To Lower Your Blood Sugar ASAP (It's Genius)**
People With High Blood Sugar May Be In For A Big Surprise

Brother and sister who accidentally had incestuous relationship recognised as legal parents of baby girl
2,024 reactions   3%   82%   15%

Yahoo News
**Presidential paranoia: Does Mueller have a mole in the White House?**
President Trump has a long history of consorting with conspiracy theorists, including Alex Jones and Roger…
1,763

HuffPost
**Muslims More Likely Than Americans Overall To See Discrimination Agains…**
Muslims are more likely than Americans overall to acknowledge the discrimination that black Americans fac…
3,066

WATCH: Trump cracks joke after South Korea's Moon Jae-in uses the word 'deplorable'
163 reactions   7%   63%   30%

Yahoo News Photo Staff
107











Associated Press

**Man's path from Eagle Scout to alleged killer baffles family**

An Eagle Scout at age 18, Kenneth Gleason graduated with honors from one of Baton Rouge's most elite high school...

8



Sponsored  EverQuote

**Boston Grads Disrupted A $200 Billion Industry**

This small team of data scientists has made an algorithm that is turning the giant 19 billion dollar auto insurance...



The National Interest

**Russia's Just Tested Its New ICBM Armed with "Experimental Warheads"**

Russia's strategic missile forces have conducted a successful training launch of a RS-24 Yars road-mobile...

73



HuffPost

**Lawrence O'Donnell Lost His Mind Over A Malfunctioning Earpiece**

On Wednesday, Mediaite published a full eight minutes of outtakes from the MSNBC host's Aug. 29 broadcast of...

80



People

**Illinois Father Strangled 2 Sons Before Setting House on Fire and Killing...**

An Illinois man strangled his two sons to death early Tuesday morning and then set his home on fire before...

216



Sponsored  Definition

**The Most Expensive Pawn Star Find Ever**

The Pawn Star Find That Made Chumlee Rich

Reuters

**Myanmar army chief urges internally displaced to return to Rakhine**

By Jurawee Kittisilpa SITTWE, Myanmar (Reuters) - Myanmar's army chief called on Thursday for people...

4

Associated Press

**1 student shot, 1 arrested at central Illinois high school**

A teacher subdued a male student who fired shots and wounded another student in a central Illinois high school...

70